1 | ANDRE J. CRONTHALL, Cal. Bar No. 117088
FRED R. PUGLISI, Cal. Bar No. 121822
2 | CATHERINE LA TEMPA, Cal. Bar No. 162865
SHEPPARD MULLIN RICHTER & HAMPTON LLP
3 |   A Limited Liability Partnership
  Including Professional Corporations
4 | 333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
5 | Telephone: 213/620-1780
Facsimile: 213/620-1398
6 | E-mail:    acronthall@sheppardmullin.com;
         fpuglisi@sheppardmullin.com;
7 |          clatempa@sheppardmullin.com
         wjones@sheppardmullin.com
8 |
Attorneys for Defendant
9 | THE MEGA LIFE AND HEALTH
INSURANCE COMPANY

**FILED**

2005 JUN -3 P 3: 55

CLERK, US DIST. COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____
       DEPUTY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JANICE L. CARLSON, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>UICI, a Texas Corporation, THE MEGA LIFE AND HEALTH INSURANCE COMPANY, a Texas Corporation, NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED, a Texas Corporation, KRIS A. ZINGARELLI, an individual, and DOES 1 through 100, Inclusive,<br><br>           Defendants. | Case No.  05-CV-201 OWW (DLB)<br><br>[Complaint Filed: November 16, 2004]<br><br>*Assigned to: The Hon. Oliver W. Wanger, Judge Presiding, Courtroom 2*<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF LAWSUIT WITH PREJUDICE |

IT IS HEREBY ORDERED THAT, pursuant to the Stipulation to Dismiss Lawsuit with Prejudice signed by counsel for all parties, and good cause appearing therefor all claims in the above-styled action against Defendants UICI, The MEGA Life and Health Insurance Company, the National Association for the Self-Employed, and Kris A. Zingarelli, and unnamed Doe Defendants (collectively,

-1-

1  the "Defendants") are hereby dismissed with prejudice.  Each party shall bear its,

2  his, or her own costs, expenses, and attorneys' fees incurred.

3

4          IT IS SO ORDERED.

5

6          ENTERED on this *31st* day of _____May_____, 2005.

7

8          _____
           THE HONORABLE OLIVER W. WANGER

9

10         AGREED AS TO FORM AND AS TO
           SUBSTANCE, AND ENTRY
11         REQUESTED:

12

13         _____

14         George A. Gallegos
           Law Offices of George A. Gallegos
15         328 South Atlantic Boulevard, Suite 100
           Monterey Park, CA  91754
           Telephone:  626/576-8988
16         Facsimile:   626/576-7070

17         ATTORNEYS FOR PLAINTIFF
           JANICE L. CARLSON

18

19

20

21

22

23

24

25

26

27

28

-2-

AGREED AS TO FORM AND AS TO
SUBSTANCE, AND ENTRY
REQUESTED:

_____

Andre J. Cronthall
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA  90071
Telephone:  213/620-1780
Facsimile:   213/620-1398

ATTORNEYS FOR DEFENDANTS
THE MEGA LIFE AND HEALTH
INSURANCE COMPANY and
KRIS A. ZINGARELLI

Of Counsel

Vance Beagles
Angela C. Zambrano
Lori M. Browne
Aaron D. Ford
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX  75201-7830
Tel:   214/746-7700
Fax:   214/746-7777

Attorneys for Defendant
THE MEGA LIFE AND HEALTH
INSURANCE COMPANY

AGREED AS TO FORM AND AS TO
SUBSTANCE, AND ENTRY
REQUESTED:

_____

Robert Dell Angelo
Cary B. Lerman
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
Telephone.: 213/683-9540
Facsimile:   213/683-5163

ATTORNEYS FOR DEFENDANT
THE NATIONAL ASSOCIATION FOR THE
SELF-EMPLOYED

-3-

[PROPOSED] ORDER TO DISMISS
LAWSUIT WITH PREJUDICE

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On ?, I served the following document(s) described as **[PROPOSED] ORDER TO DISMISS LAWSUIT WITH PREJUDICE** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

George A. Gallegos, Esq.            Attorneys for Plaintiff
Law Offices of George A. Gallegos   Janice L. Carlson
328 South Atlantic Boulevard        Tel.:  626/576-8988
Suite 100                           Fax:   626/576-7070
Monterey Park, CA  91754

Robert Dell Angelo, Esq.            Attorneys for Defendant
Cary B. Lerman, Esq.                The National Association for the Self-
Munger, Tolles & Olson LLP          Employed
355 South Grand Avenue, 35th Flr.   Tel.:  213/683-9540
Los Angeles, CA  90071              Fax:   213/683-5163

Aimee Cook Oleson                   Attorneys for Defendant
Gardere Wynne Sewell LLP            The National Association for the Self
3000 Thanksgiving Tower             Employed
1601 Elm Street                     Tel:   214/999-4350
Dallas, Texas 75201-4761            Fax:   214/999-3350

☒  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ?, at Los Angeles, California.

_____
Michele E. Mason

-4-

W02-LA:LCG\70817124.2

[PROPOSED] ORDER TO DISMISS
LAWSUIT WITH PREJUDICE